MICHELE BECKWITH
Acting United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTBROOK INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-2943 CSK<br><br>[PROPOSED] ORDER SUBSTITUTING THE UNITED STATES FOR DEFENDANT U.S. ARMY CORPS OF ENGINEERS |

Plaintiff and Defendant have filed a Stipulation to substitute the United States in place of U.S. Army Corps of Engineers.

The Court having considered the parties' stipulation and Good Cause Appearing:

IT IS HEREBY ORDERED that the United States is substituted as Defendant in place of U.S. Army Corps of Engineers. Going forward, the caption should read *Crestbrook Insurance Company v. United States of America, et al.*

Date:  January 17, 2025

_____
HONORABLE CHI SOO KIM
United States Magistrate Judge

4, cres2943.24

[Proposed] Order Substituting the U.S. for U.S. ACOE
*Crestbrook Ins. Co. v. U.S.*, 2:24-cv-2943 CSK                                                                 1