ERIC GRANT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTBROOK INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO AREA FLOOD CONTROL AGENCY, et al.,<br><br>Defendant. | CASE NO. 2:24-cv-2943 WBS CSK<br>ORDER RE STIPULATED DISMISSAL OF THE UNITED STATES |

The parties having stipulation pursuant to Federal Rule of Civil Procedure 41(a), to the dismissal of the United States of America from the above-captioned and numbered matter, with prejudice,

IT IS ORDERED that the United States of America be and hereby is dismissed from this lawsuit. Each party to bear its own attorney fees and costs.

Dated:  June 1, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE